Joseph Genovese, appellant, v. Nicholas Leidinger, appellee. Gen. No. 35,874.

Opinion filed June 20, 1932.
Alfred Roy Hulbert and Henry A. Blouin, for appellant. William
McKinley and Paul E. Price, for appellee.
Mr. Justice McSurely delivered the opinion of the court.